UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

RALPH TANCREDI, EDWARD ARCE,
WILLIAM C. DUFFELMEYER, ARTHUR
MARINELLI, STEVEN HEISLER, JEFF          07 Civ.    (    )
NARDI, STEPHEN CARPINIELLO, PETER
DeVITTORIO, MICHAEL MARINELLI, and,
MICHAEL WALTHER,

                          Plaintiffs,

          -against-                      **07 CIV. 9617**

STEPHEN MALFITANO, individually,
JOSEPH CANNELLA, individually,
THOMAS SCAPPATICCI, individually,
DOMINICK PASCALE, individually,
DAVID HALL, individually, and the
TOWN/VILLAGE OF HARRISON, New
York,
                          Defendants.

-----------------------------------------------------------------x

S.D. OF N.Y. W.P.    2007 OCT 29  P 4: 43    FILED U.S. DISTRICT COURT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

# STATEMENT OF RELATEDNESS

In DeVittorio v. Hall, 07 Civ. 0812 (WCC) various members of the Town/Village

of Harrison's Police Department alleged that the Chief of Police of their Department,

David Hall, committed a variety of civil rights violations implicating their First, Fourth

and Fourteenth Amendment rights. In that connection it was asserted that Hall and other

members of the Police Department's administration had surreptitiously installed in the

police locker room a camera with audio/video capability in order to spy on their

subordinates and listen to their PBA related communications.

The instant filing alleges *inter alia* that the Chief of Police and a Sergeant (with

the knowledge and approval of three members of the Board of Police Commissioners

altered the Police Department's 911 communications system so as to surreptitiously

record (in the absence of any incoming 911 emergency call) private communications made by persons at or about the front desk at Police Headquarters - - recording that of necessity captured unlawfully communications among police officers, communications by criminal defendants and/or their attorneys at the front desk, and *inter alia* communications of any civilian who addressed the Desk Sergeant from the "public's" side of the front desk.

Under the circumstances, and with a view towards conserving judicial resources, we submit that the instant filing should be accepted as related to DeVittorio.

Dated: White Plains, N.Y.
        October 29, 2007

LOVETT & GOULD, LLP
By:_____
Jonathan Lovett (4854)
222 Bloomingdale Road
White Plains, N.Y. 10605
914-428-8401