United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------------------------------X
Peter T. DeVittorio, Ralph Tancredi, Michael     |
Marinelli, and Edward Arce,                      |
                                                 |
                                                 |
               Plaintiffs,                       |         NOTICE OF ASSIGNMENT
                                                 |
                                                 |         07-cv-09617 (WCC) (LMS)
               -V-                               |
                                                 |
David Hall, individually, Anthony Marraccini, and|
Town/Village of Harrison, New York               |
               Defendants.                       |
------------------------------------------------------------X
```

   Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

### SR. HON. WILLIAM C. CONNER

   All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

   The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

J. Michael McMahon, CLERK

by: _____
Gaelle Coicou - Deputy Clerk

DATE: 10/30/2007

DESIGNATED TO MAGISTRATE JUDGE: LISA MARGARET SMITH

CC: Attorneys of Record

Data Quality Control
I:FORMS\ASSIGN\ASSIG.WPD

Revised: September 9, 2004

*U.S. DISTRICT COURT FILED NOV 2 2007 S.D. OF N.Y. W.P.*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:*