Conner, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
RALPH TANCREDI, EDWARD ARCE,
WILLIAM C. DUFFELMEYER, ARTHUR
MARINELLI, STEVEN HEISLER, JEFF
NARDI, STEPHEN CARPINIELLO, PETER
DeVITTORIO, MICHAEL MARINELLI and
MICHAEL WALTHER,

       Civil Action No. 07-9617
       (WCC) (LMS)
   Plaintiffs,  ECF CASE

- against -
       STIPULATION AND
STEPHEN MALFITANO, individually,  ORDER EXTENDING
JOSEPH CANNELLA, individually,  DEFENDANTS TIME TO
THOMAS SCAPPATICCI, individually,  RESPOND
DOMINICK PASCALE, individually,
DAVID HALL, individually, and the
TOWN/VILLAGE OF HARRISON, New York,

   Defendants.
----------------------------------------x

It is hereby stipulated between the attorneys for the parties in the above-captioned matter, that the Defendants' time to serve their answer or otherwise respond to the complaint is extended up until December 3, 2007.

Dated: November 9, 2007

Jonathan Lovett (4854)
Lovett & Gould, LLP
Attorneys for Plaintiffs
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

Mark N. Reinharz (6201)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
1399 Franklin Avenue
Suite 200
Garden City, New York 11530
(516) 267-6320

SO ORDERED:

William C. Conner U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

58309.1 11/8/2007

E-COPIES MAILED TO COUNSEL OF RECORD for TI
+ MAILED TO AS COUNSEL