STATE OF NEW YORK  
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
AND FILED ON 10/29/2007

RALPH TANCREDI, ET AL  
Vs.  
STEPHEN MALFITANO, ET AL

Plaintiff(s)/Petitioner(s)  
Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/2/2007 at 2:10PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: STEPHEN MALIFITANO, MAYOR  
At Location: TOWN HALL  
ONE HEINEMAN PLACE  
HARRISON NY

(herein called recipient) therein named.

By delivering to and leaving with ANGELA TAMUCCI, DEPUTY TOWN CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 11/5/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 45/55 | Height | 5'3" | Weight | 125 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/5/2007

John Axelrod

Server's License#:

2010

STATE OF NEW YORK         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617         AND FILED ON         10/29/2007

RALPH TANCREDI, ET AL                                                              Plaintiff(s)/Petitioner(s)

                                     Vs.

STEPHEN MALFITANO, ET AL                                                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                          )
                                                            ) SS
COUNTY OF WESTCHESTER                                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  11/8/2007  at  7:20PM , deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES        (herein called
Party Served:
recipient)       JOSEPH CANNELLA                                                   therein named.

At Location:     TOWN BOARD MEETING
                 ONE HEINEMAN PLACE
                 HARRISON NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   M      Color of Skin   WH     Color of Hair          BLACK
Age   60     Height   5'9"          Weight          175
             Other Features                         GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on  11/9/2007

_____        _____
                                        Joseph Vallone
                                        Server's License#:   1100190

2010

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617        AND FILED ON        10/29/2007

RALPH TANCREDI, ET AL                                    Plaintiff(s)/Petitioner(s)

                        Vs.

STEPHEN MALFITANO, ET AL                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/16/2007 at 1:10PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES        (herein called
Party Served:
(recipient)     THOMAS SCAPPATICCI                                        therein named.

At Location:    490 MAIN STREET

                E. WHITE PLAINS NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M      Color of Skin  WH      Color of Hair       BLACK
Age  50     Height   5'10"         Weight              190
            Other Features                    MOUSTACHE, GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on    11/21/2007

_____              _____
                                              Joseph Vallone
                                              Server's License#:  1100190

20/3

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617        AND FILED ON        10/29/2007

RALPH TANCREDI, ET AL                                                                Plaintiff(s)/Petitioner(s)

                                    Vs.

STEPHEN MALFITANO, ET AL                                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                                              ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/2/2007 at 2:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DOMINICK PASCALE         (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with OFFICER RIGANO, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 11/5/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M | Color of Skin: WH | Color of Hair: BALD
Age: 35/45 | Height: 6' | Weight: 225
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/5/2007

John Axelrod

Server's License#:

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV.9617 | AND FILED ON | 10/29/2007 |

| | | |
|---|---|---|
| RALPH TANCREDI, ET AL | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| STEPHEN MALFITANO, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **11/2/2007** at **2:45PM**, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID HALL                                       (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with **OFFICER RIGANO, DESK OFFICER** a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On **11/5/07**, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 6' | Weight | 225 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the **11/5/2007**

_____                    _____
                                             John Axelrod

                                             Server's License#:

2018

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617    AND FILED ON    10/29/2007

RALPH TANCREDI, ET AL    Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/2/2007 at 2:10PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: TOWN/VILLAGE OF HARRISON, NEW YORK    (herein called recipient) therein named.

At Location: ONE HEINEMAN PLACE

HARRISON NY

By delivering to and leaving with ANGELA TAMUCCI and that deponent knew the person so served to be the DEPUTY TOWN CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BROWN
Age: 45/55    Height: 5'3"
Weight: 125    Other Features: GLASSES

Sworn to before me on 11/5/2007

_____    _____
                            John Axelrod
                            Server's License#:

2010