STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617      AND FILED ON     10/29/2007

RALPH TANCREDI, ET AL                                          Plaintiff(s)/Petitioner(s)

                            Vs.

STEPHEN MALFITANO, ET AL                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK                               )
                                                 ) SS
COUNTY OF WESTCHESTER                            )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/2/2007__ at __2:10PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: STEPHEN MALIFITANO, MAYOR                         (herein called recipient) therein named.
At Location: TOWN HALL
             ONE HEINEMAN PLACE
             HARRISON NY

By delivering to and leaving with __ANGELA TAMUCCI, DEPUTY TOWN CLERK__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __11/5/07__, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
| Age | 45/55 | Height | 5'3" | Weight | 125 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __11/5/2007__

_signature_                                              _signature_
                                                         John Axelrod
                                                         Server's License#:

2010

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617   AND FILED ON   10/29/2007

RALPH TANCREDI, ET AL — Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/8/2007__ at __7:20PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES (herein called  
Party Served: JOSEPH CANNELLA    therein named.  
(recipient)

At Location: TOWN BOARD MEETING  
ONE HEINEMAN PLACE  
HARRISON NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __BLACK__  
Age __60__   Height __5'9"__   Weight __175__  
Other Features __GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __11/9/2007__

_Daip Williams_ (signature)

Joseph Vallone  
Server's License#: __1100190__

2010

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV.9617 | AND FILED ON  10/29/2007 |

RALPH TANCREDI, ET AL  **Plaintiff(s)/Petitioner(s)**

Vs.

STEPHEN MALFITANO, ET AL  **Defendant(s)/Respondent(s)**

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/16/2007__ at __1:10PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES    (herein called
Party Served:
recipient)  THOMAS SCAPPATICCI                                        therein named.

At Location: 490 MAIN STREET

E. WHITE PLAINS NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  **M**   Color of Skin  **WH**   Color of Hair  **BLACK**
Age  **50**  Height  **5'10"**   Weight  **190**
Other Features:    **MOUSTACHE, GLASSES**

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __11/21/2007__

_Daisy Williams_ (signature)

_Joseph Vallone_ (signature)

Server's License#: 1100190

20/a

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617    AND FILED ON    10/29/2007

RALPH TANCREDI, ET AL                                                    Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL                                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/2/2007 at 2:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DOMINICK PASCALE                                    (herein called recipient)
                                                                   therein named.
At Location: HARRISON POLICE DEPARTMENT
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with OFFICER RIGANO, DESK OFFICER a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 11/5/07, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
| Age | 35/45 | Height | 6' | Weight | 225 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/5/2007

John Axelrod

Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.9617    AND FILED ON    10/29/2007

RALPH TANCREDI, ET AL                                      Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/2/2007 at 2:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID HALL                                   (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with OFFICER RIGANO, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 11/5/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 6' | Weight | 225 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/5/2007

_____              _____
                                        John Axelrod

                                        Server's License#:

2018

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617    AND FILED ON    10/29/2007

RALPH TANCREDI, ET AL — Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **11/2/2007** at **2:10PM**, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: TOWN/VILLAGE OF HARRISON, NEW YORK (herein called recipient) therein named.
At Location: ONE HEINEMAN PLACE
HARRISON NY

By delivering to and leaving with **ANGELA TAMUCCI** and that deponent knew the person so served to be the **DEPUTY TOWN CLERK** of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BROWN
Age: 45/55    Height: 5'3"
Weight: 125    Other Features: GLASSES

Sworn to before me on 11/5/2007

_[signature]_

John Axelrod
Server's License#:

2010