STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617  AND FILED ON  10/29/2007

| | |
|---|---|
| RALPH TANCREDI, ET AL<br><br>Vs.<br><br>STEPHEN MALFITANO, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/2/2007__ at __2:10PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: STEPHEN MALIFITANO, MAYOR                            (herein called recipient)
At Location: TOWN HALL                                              therein named.
             ONE HEINEMAN PLACE
             HARRISON NY

By delivering to and leaving with __ANGELA TAMUCCI, DEPUTY TOWN CLERK__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __11/5/07__, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 45/55 | Height | 5'3" | Weight | 125 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __11/5/2007__

_____              _____
                                                          John Axelrod
                                                       Server's License#:

2010

STATE OF NEW YORK  
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
AND FILED ON 10/29/2007

RALPH TANCREDI, ET AL — Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/8/2007__ at __7:20PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES (herein called  
Party Served: JOSEPH CANNELLA therein named.  
recipient)

At Location: TOWN BOARD MEETING  
ONE HEINEMAN PLACE  
HARRISON NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 60 | Height | 5'9" | Weight | 175 |
| | | Other Features | | | GLASSES |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __11/9/2007__

_[signature]_  
Joseph Vallone  
Server's License#: 1100190

2010

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 07CIV.9617 | AND FILED ON 10/29/2007 |

RALPH TANCREDI, ET AL    Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                                             ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/16/2007__ at __1:10PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES    (herein called
Party Served: THOMAS SCAPPATICCI    therein named,
recipient)
At Location: 490 MAIN STREET

E. WHITE PLAINS NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__    Color of Skin __WH__    Color of Hair __BLACK__
Age __50__    Height __5'10"__    Weight __190__
Other Features:    __MOUSTACHE, GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __11/21/2007__

_____
Joseph Vallone
Server's License#: 1100190

2012

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617   AND FILED ON   10/29/2007

RALPH TANCREDI, ET AL                                    Plaintiff(s)/Petitioner(s)
                              Vs.
STEPHEN MALFITANO, ET AL                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/2/2007 at 2:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DOMINICK PASCALE                          (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with OFFICER RIGANO, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 11/5/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M | Color of Skin: WH | Color of Hair: BALD
Age: 35/45 | Height: 6' | Weight: 225
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/5/2007

John Axelrod

Server's License#:

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV.9617 | AND FILED ON | 10/29/2007 |

| | | |
|---|---|---|
| RALPH TANCREDI, ET AL | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| STEPHEN MALFITANO, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/2/2007 at 2:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID HALL                                              (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with OFFICER RIGANO, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 11/5/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 6' | Weight | 225 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/5/2007

_Deno (illegible signature)_

John Axelrod

Server's License#:

20/8

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617     AND FILED ON     10/29/2007

RALPH TANCREDI, ET AL                                                    Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL                                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                          )
                                                            ) SS
COUNTY OF WESTCHESTER                                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/2/2007__ at __2:10PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: TOWN/VILLAGE OF HARRISON, NEW YORK                         (herein called recipient) therein named.

At Location: ONE HEINEMAN PLACE

HARRISON NY

By delivering to and leaving with __ANGELA TAMUCCI__ and that deponent knew the person so served to be the DEPUTY TOWN CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN
Age 45/55    Height 5'3"
Weight 125    Other Features GLASSES

Sworn to before me on __11/5/2007__

_(signature)_                                               _(signature)_
                                                            John Axelrod
                                                            Server's License#:

2010