STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617    AND FILED ON    10/29/2007

RALPH TANCREDI, ET AL                                    Plaintiff(s)/Petitioner(s)

                            Vs.

STEPHEN MALFITANO, ET AL                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                )
                                                  ) SS
COUNTY OF WESTCHESTER                             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/2/2007__ at __2:10PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: STEPHEN MALIFITANO, MAYOR                    (herein called recipient)
At Location:   TOWN HALL                                    therein named.
               ONE HEINEMAN PLACE
               HARRISON NY

By delivering to and leaving with __ANGELA TAMUCCI, DEPUTY TOWN CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __11/5/07__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
| Age | 45/55 | Height | 5'3" | Weight | 125 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __11/5/2007__

_____                    _____
                                             John Axelrod
                                             Server's License#:

2010

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617  
AND FILED ON 10/29/2007

RALPH TANCREDI, ET AL — Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **11/8/2007** at **7:20PM**, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES (herein called  
Party Served: JOSEPH CANNELLA therein named.  
(recipient)

At Location: TOWN BOARD MEETING  
ONE HEINEMAN PLACE  
HARRISON NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex **M**   Color of Skin **WH**   Color of Hair **BLACK**  
Age **60**   Height **5'9"**   Weight **175**  
Other Features **GLASSES**

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed **HE** was not.

Sworn to before me on **11/9/2007**

_Caip Williams_ (signature)

Joseph Vallone  
Server's License#: **1100190**

2010

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV.9617 | AND FILED ON 10/29/2007 |

RALPH TANCREDI, ET AL                                  Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                                       SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/16/2007__ at __1:10PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES   (herein called
Party Served:
recipient)      THOMAS SCAPPATICCI                                                        therein named.

At Location:   490 MAIN STREET

                     E. WHITE PLAINS NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __BLACK__

Age __50__   Height __5'10"__   Weight __190__

Other Features:   __MOUSTACHE, GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __11/21/2007__

_Day Williams_ (signature)

_Joseph Vallone_ (signature)

Server's License#: __1100190__

20/2

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617   AND FILED ON   10/29/2007

RALPH TANCREDI, ET AL                                           Plaintiff(s)/Petitioner(s)
                              Vs.
STEPHEN MALFITANO, ET AL                                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                ) ss
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/2/2007__ at __2:45PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DOMINICK PASCALE                              (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with __OFFICER RIGANO, DESK OFFICER__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __11/5/07__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
| Age | 35/45 | Height | 6' | Weight | 225 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __11/5/2007__

_____                          _____
                                                   John Axelrod

                                                   Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.9617    AND FILED ON    10/29/2007

RALPH TANCREDI, ET AL                                                        Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL                                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                                    ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/2/2007 at 2:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID HALL    (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
650 NORTH STREET
HARRISON NY

By delivering to and leaving with OFFICER RIGANO, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 11/5/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
| Age | 35/45 | Height | 6' | Weight | 225 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/5/2007

_____                    _____
                                                                        John Axelrod

                                                                        Server's License#:

20/d

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617   AND FILED ON   10/29/2007

RALPH TANCREDI, ET AL — Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/2/2007__ at __2:10PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: TOWN/VILLAGE OF HARRISON, NEW YORK  (herein called recipient) therein named.  
At Location: ONE HEINEMAN PLACE  
HARRISON NY

By delivering to and leaving with __ANGELA TAMUCCI__ and that deponent knew the person so served to be the DEPUTY TOWN CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: WH   Color of Hair: BROWN  
Age: 45/55   Height: 5'3"  
Weight: 125   Other Features: GLASSES

Sworn to before me on 11/5/2007  
_(signature) Aip Williams_

_(signature)_  
John Axelrod  
Server's License#:

2010