STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617   AND FILED ON   10/29/2007

RALPH TANCREDI, ET AL    Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK   ) SS  
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/2/2007__ at __2:10PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: STEPHEN MALIFITANO, MAYOR   (herein called recipient) therein named.  
At Location: TOWN HALL  
ONE HEINEMAN PLACE  
HARRISON NY

By delivering to and leaving with __ANGELA TAMUCCI, DEPUTY TOWN CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __11/5/07__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 45/55 | Height | 5'3" | Weight | 125 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __11/5/2007__

_Deip/Williams_

John Axelrod

Server's License#:

2010

STATE OF NEW YORK         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617      AND FILED ON    10/29/2007

RALPH TANCREDI, ET AL                                      Plaintiff(s)/Petitioner(s)

Vs.

STEPHEN MALFITANO, ET AL                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK                        )
                                          ) SS
COUNTY OF WESTCHESTER                     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/8/2007__ at __7:20PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES    (herein called
Party Served:   JOSEPH CANNELLA                                       recipient)
                                                                      therein named.
At Location:   TOWN BOARD MEETING
               ONE HEINEMAN PLACE
               HARRISON NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __M__   Color of Skin  __WH__   Color of Hair   __BLACK__
Age  __60__  Height  __5'9"__        Weight   __175__
             Other Features                   __GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __11/9/2007__

_(signature)_                           Joseph Vallone
                                        Server's License#: __1100190__

2010

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 07CIV.9617 | AND FILED ON 10/29/2007 |

RALPH TANCREDI, ET AL                                          Plaintiff(s)/Petitioner(s)

                              Vs.

STEPHEN MALFITANO, ET AL                                  Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                      )
                                                        ) SS
COUNTY OF WESTCHESTER                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/16/2007__ at __1:10PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES          (herein called
Party Served:
recipient)      THOMAS SCAPPATICCI                                                therein named,

At Location:    490 MAIN STREET

                E. WHITE PLAINS NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 50 | Height | 5'10" | Weight | 190 |
| | | Other Features | | | MOUSTACHE, GLASSES |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __11/21/2007__

_signature_                                             _signature_
                                                        Joseph Vallone
                                                        Server's License#: 1100190

20/2

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617  AND FILED ON  10/29/2007

RALPH TANCREDI, ET AL                                           Plaintiff(s)/Petitioner(s)
                             Vs.
STEPHEN MALFITANO, ET AL                                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/2/2007 at 2:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DOMINICK PASCALE                                  (herein called recipient)
At Location: HARRISON POLICE DEPARTMENT                         therein named.
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with OFFICER RIGANO, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 11/5/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
| Age | 35/45 | Height | 6' | Weight | 225 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/5/2007

John Axelrod

Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617   AND FILED ON   10/29/2007

RALPH TANCREDI, ET AL                                       Plaintiff(s)/Petitioner(s)
                              Vs.
STEPHEN MALFITANO, ET AL                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/2/2007 at 2:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: DAVID HALL                                    (herein called recipient) therein named.
At Location: HARRISON POLICE DEPARTMENT
             650 NORTH STREET
             HARRISON NY

By delivering to and leaving with OFFICER RIGANO, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 11/5/07, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 6' | Weight | 225 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/5/2007

_Deip (illegible signature)_                    _John Axelrod_ (signature)
                                                John Axelrod

                                                Server's License#:

2018

STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9617    AND FILED ON    10/29/2007

RALPH TANCREDI, ET AL                                                    Plaintiff(s)/Petitioner(s)

                            Vs.

STEPHEN MALFITANO, ET AL                                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                    )
                                                                      )  SS
COUNTY OF WESTCHESTER                                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/2/2007__ at __2:10PM__, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:    TOWN/VILLAGE OF HARRISON, NEW YORK           (herein called recipient) therein named.

At Location:     ONE HEINEMAN PLACE

                 HARRISON NY

By delivering to and leaving with  ANGELA TAMUCCI  and that deponent knew the person

so served to be the   DEPUTY TOWN CLERK

of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM        Color of Skin  WH         Color of Hair  BROWN

Age  45/55     Height  5'3"

Weight  125              Other Features  GLASSES

Sworn to before me on  11/5/2007

_[signature]_                            _[signature]_
                                         John Axelrod
                                         Server's License#:

2010