UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
RALPH TANCREDI, EDWARD ARCE,
WILLIAM C. DUFFELMEYER, ARTHUR
MARINELLI, STEVEN HEISLER, JEFF
NARDI, STEPHEN CARPINIELLO, PETER
DeVITTORIO, MICHAEL MARINELLI and
MICHAEL WALTHER,

                 Plaintiffs,

- against -

STEPHEN MALFITANO, individually,
JOSEPH CANNELLA, individually,
THOMAS SCAPPATICCI, individually,
DOMINICK PASCALE, individually,
DAVID HALL, individually, and the
TOWN/VILLAGE OF HARRISON, New York,

                 Defendants.
----------------------------------------x

Civil Action No. 07-9617
(WCC) (LMS)

ECF CASE

STIPULATION AND ORDER
EXTENDING DEFENDANTS
TIME TO RESPOND

It is hereby stipulated between the attorneys for the parties in the above-captioned matter, that the Defendants' time to serve their answer or otherwise respond to the complaint is extended up until January, 4, 2008.

Dated: November 29, 2007

_____
Jonathan Lovett (4854)
Lovett & Gould, LLP
Attorneys for Plaintiffs
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

_____
Mark N. Reinharz (6207)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
1399 Franklin Avenue
Suite 200
Garden City, New York 11530
(516) 267-6320

SO ORDERED: Dated: Dec. 14, 2007

_____
William C. Conner
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

58515.1 11/29/2007

COPIES MAILED TO COUNSEL OF RECORD for As@
+ EMAILED TO πs COUNSEL