# EXHIBIT 2

Case 7:07-cv-09617-WCC    Document 12-4    Filed 01/25/2008    Page 1 of 3

Sgt. C-PRO DESK

