# EXHIBIT 4

T IS MADE
U.S. MAILS;
E:
TIFY THE
ON SERVICE AT:

IS MADE
S. MAILS,
FY THE
N SERVICE AT
HOLDING CELL
opening in plexiglass partition