# EXHIBIT 6



