# EXHIBIT 6

Case 7:07-cv-09617-WCC    Document 12-10    Filed 01/25/2008    Page 1 of 3



**Sergeant's and Lieutenant's Room** ↙

**Communications Area** →