# EXHIBIT 8



Release Button