# EXHIBIT 10



