# EXHIBIT 13

 

# HARRISON POLICE DEPARTMENT

650 North Street
Harrison, NY 10528
Tel: (914) 967-5311
Fax: (914) 967-8739

DAVID R. HALL
*Chief of Police*

October 30, 2007

Mr. Gregory Kuczinski
Kuczinski, Vila & Associates
220 White Plains Road, Suite 220
Tarrytown, NY 10591

Dear Mr. Kuczinski:

In regard to your letter of October 19, 2007, I have looked into the matter concerning the P.B.A.'s complaint about the 911 phone system's ability to record conversations behind the front desk and found that is appears to have been a malfunction in the system.

The unit gave the officers the ability to replay 911 calls in case an address or house number was missed. It only recorded at the desk area and no where else. Sgt. Pascale informed me that the basic unit has been disconnected. To retrieve a call now, the officers will have to use the computer software.

I hope I have addressed the concerns related to this matter.

Sincerely,

David R. Hall
Chief of Police

DRH/sd

cc:  Jonathan Kraut, Esq.
     P.B.A. Vice President Michael Walther