UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -X
Ralph Tancredi, Edward Arce, William C.
Dufflemeyer, Arthur Marinelli, Steven
Heisler, Jeff Nardi, Stephen Carpinello,
Peter DeVittorio, Michael Marinelli and
Michael Walther,                                    07 CV 09617 (WCC)

                    Plaintiffs,                          JUDGMENT
    -against-

Stephen Malfitano, individually,
Joseph Cannella, individually,
Thomas Scappaticci, individually,
Dominick Pascale, individually,
David Hall, individually, and
the Town/Village of Harrison, New York



                    Defendants.
- - - - - - - - - - - - - - - - - - - - -X

    Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56 or Fed. R. Civ. P 12(b)(6) and the said motion having come before the Honorable, William C. Conner, United States District Judge and the Court thereafter on June 25, 2008, having handed down its Opinion and Order (document #18), granting defendants' motion to dismiss and summary judgment, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed as to all defendants.

DATED: White Plains, N.Y.
       June 25, 2008, 2008

                                                J. Michael McMahon
                                                       Clerk

    i:/judgment/tancredi.617

                                                                E.O.D.