UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
RALPH TANCREDI, EDWARD ARCE,
WILLIAM C. DUFFELMEYER, ARTHUR
MARINELLI, STEVEN HEISLER, JEFF
NARDI, STEPHEN CARPINIELLO, PETER
DeVITTORIO, MICHAEL MARINELLI and
MICHAEL WALTHER,

                              Plaintiffs,

       - against -

STEPHEN MALFITANO, individually,
JOSEPH CANNELLA, individually,
THOMAS SCAPPATICCI, individually,
DOMINICK PASCALE, individually,
DAVID HALL, individually, and the
TOWN/VILLAGE OF HARRISON, New York,

                              Defendants.
---------------------------------------x

**Civil Action No. 07-9617 (WAC) (LMS)**

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the annexed affidavit of Mark N. Reinharz and exhibits thereto and Memorandum of Law and all other papers filed herein, the Defendants Stephen Malfitano, Joseph Cannella, Thomas Scappaticci, Dominick Pascale, David Hall, and the Town/Village of Harrison, by their attorneys, Bond Schoeneck & King, PLLC, will move before this Court before the Honorable William C. Conner, United States District Court Judge for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on a date and time to be determined by the Court for an order pursuant to 42 U.S.C. § 1988 and 28 U.S.C. § 1927 granting the Defendants' application for attorneys' fees and any other relief this Court deems appropriate, equitable and proper.

61372.1

PLEASE TAKE FURTHER NOTICE that any answering papers must be filed by September 17, 2008. Any reply shall be filed on or before September 29, 2008.

Dated: Garden City, New York
August 20, 2008

                                        Respectfully submitted,

                                        BOND, SCHOENECK & KING, PLLC

                                        By:   s/Mark N. Reinharz
                                                 Mark N. Reinharz (6201)
                                                 *Attorneys for Defendants*
                                                 1399 Franklin Avenue, Suite 200
                                                 Garden City, New York 11530
                                                 (516) 267-6320
                                                 mreinharz@bsk.com

To:    Jonathan Lovett, Esq.
        Lovett & Gould, LLP
        222 Bloomingdale Road
        White Plains, NY 10605

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic service upon the following parties and participants:

Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York 10605
Attorney for Plaintiffs

s/   Mark N. Reinharz
Mark N. Reinharz (6201)
Bond, Schoeneck & King, PLLC
*Attorneys for Defendants*
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 267-6320
mreinharz@bsk.com

61372.1