# Exhibit 4

8/8/2008 Case 7:07-cv-09617-WCC   Document 22-5   Filed 08/20/2008   Page 2 of 6   Report: TIME12
10:52 AM                         Bond, Schoeneck & King, PLLC                    Req'd By: settina
             Client Detailed Time And Expense Report
        Date Range (Time): Beginning of Time to 8/8/2008  (Disb): Beginning of Time to 8/8/2008   Currency: USD

| Client: | 060804 | wn of Harrison | Bill Tkpr: | 2135 | Reinharz, Mark N. | Client Last Payment: | 7/16/2008 |
|---|---|---|---|---|---|---|---|
| Matter: | 171121 | Arce v. Town of Harrison | Resp Tkpr: | 2135 | Reinharz, Mark N. | Matter Last Billed: | 7/16/2008 |

Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| 2135 | 11/1/2007 | 1.50 | $277.50 | 185.00 | B | Researched Omnibus Crime Control Act and recording of conversations; reviewed contract | 11999401 |
| 2135 | 11/5/2007 | 0.10 | $18.50 | 185.00 | B | Conferred by telephone with Allegretti regarding status | 11999403 |
| 2135 | 11/7/2007 | 0.20 | $37.00 | 185.00 | B | Conferred by telephone with Chief Hall regarding status | 11999681 |
| 2135 | 11/7/2007 | 0.20 | $37.00 | 185.00 | B | Conferred by telephone with Allegretti two times | 11999683 |
| 2135 | 11/7/2007 | 2.50 | $462.50 | 185.00 | B | Conducted legal research for motion to strike, class certification issues; conferred by telephone with F. Allegretti regarding status | 11999687 |
| 2135 | 11/8/2007 | 0.10 | $18.50 | 185.00 | B | Conferred by telephone with Chief Hall regarding possible meeting | 12001495 |
| 2135 | 11/8/2007 | 0.80 | $148.00 | 185.00 | B | Researched motions to strike; conferred by telephone with J. Dunn regarding status of matter; sent e-mail to J. Lovett regarding stipulation extending time | 12001503 |
| 2135 | 11/19/2007 | 2.90 | $536.50 | 185.00 | B | Meeting with client regarding Complaint | 12008527 |
| 2135 | 11/20/2007 | 0.20 | $37.00 | 185.00 | B | Conferred by telephone with Allegretti regarding status | 12008543 |
| 2135 | 11/27/2007 | 0.80 | $148.00 | 185.00 | B | Conferred by telephone with Mayor Malfitano and Trustee Scappaticci regarding Complaint; conferred by telephone with Allegretti regarding status; reviewed Complaint | 12012082 |
| 2135 | 11/29/2007 | 0.60 | $111.00 | 185.00 | B | Conferred by telephone with Court regarding conference; conferred by telephone with J. Lovett regarding status | 12013019 |
| 2135 | 11/30/2007 | 0.40 | $74.00 | 185.00 | B | Reviewed letter to Court regarding motion to strike/dismiss; conferred by telephone with Attorney Satriano regarding status | 12016301 |
| 2135 | 12/5/2007 | 2.10 | $388.50 | 185.00 | B | Revised letter to Court regarding basis for Motion to Dismiss | 12024051 |
| 2135 | 12/7/2007 | 1.90 | $351.50 | 185.00 | B | Revised letter to Court regarding Motions to Dismiss/Strike | 12024100 |
| 2135 | 12/17/2007 | 5.40 | $999.00 | 185.00 | B | Drafted Memorandum of Law in Support of Motion to Dismiss the Complaint | 12032273 |
| 2135 | 12/18/2007 | 3.70 | $684.50 | 185.00 | B | Drafted Pascale and Hall affidavits; revised brief | 12032297 |
| 2135 | 12/19/2007 | 0.20 | $37.00 | 185.00 | B | Conferred by telephone with Chief regarding status | 12032311 |
| 2135 | 12/19/2007 | 0.20 | $37.00 | 185.00 | B | Revised Memorandum of Law | 12032315 |
| 2135 | 12/21/2007 | 0.10 | $18.50 | 185.00 | B | Conferred by telephone with Pascale | 12034616 |
| 2135 | 12/26/2007 | 0.10 | $18.50 | 185.00 | B | Conferred by telephone with D. Pascale regarding status | 12034632 |
| 2135 | 12/26/2007 | 3.20 | $592.00 | 185.00 | B | Researched regarding standing to sue Under Omnibus Crime Control Act and Fourth Amendment for taped conversations | 12034635 |
| 2135 | 1/3/2008 | 0.80 | $148.00 | 185.00 | B | Prepared for conference with Court | 12044837 |
| 2135 | 1/4/2008 | 3.50 | $647.50 | 185.00 | B | Traveled and attended conference at Court | 12044843 |
| 2135 | 1/4/2008 | 0.90 | $166.50 | 185.00 | B | Checked cases regarding standing to sue under Omnibus Crime Control Act | 12044864 |
| 2135 | 1/8/2008 | 0.30 | $55.50 | 185.00 | B | Checked cases regarding ECPA | 12044918 |
| 2135 | 1/9/2008 | 4.80 | $888.00 | 185.00 | B | Revised brief in support of motion to dismiss; researched expectation of privacy | 12044934 |
| 2135 | 1/10/2008 | 2.40 | $444.00 | 185.00 | B | Revised brief in support of motion to dismiss the complaint | 12044960 |
| 2135 | 1/15/2008 | 4.40 | $814.00 | 185.00 | B | Revised Pascale Affidavit; revised brief | 12050207 |
| 2135 | 1/16/2008 | 3.90 | $721.50 | 185.00 | B | Revised brief in support of motion to dismiss; revised Pascale Affidavit; conferred by telephone with Pascale; conferred by telephone with Chief Hall regarding status | 12050266 |
| 2135 | 1/17/2008 | 3.60 | $666.00 | 185.00 | B | Traveled and attended meeting with Pascale, Hall and Marraccini | 12050321 |
| 2135 | 1/22/2008 | 0.40 | $74.00 | 185.00 | B | Drafted Malfitano Affidavit | 12056940 |
| 2135 | 1/22/2008 | 1.30 | $240.50 | 185.00 | B | Revised Pascale Affidavit; drafted Scappaticci and Cannella Affidavits | 12056944 |

## Client Detailed Time And Expense Report
Date Range (Time): Beginning of Time to 8/8/2008  (Disb): Beginning of Time to 8/8/2008    Currency: USD

| Client: | 060804 | wn of Harrison | Bill Tkpr: | 2135 | Reinharz, Mark N. | Client Last Payment: | 7/16/2008 |
|---|---|---|---|---|---|---|---|
| Matter: | 171121 | Arce v. Town of Harrison | Resp Tkpr: | 2135 | Reinharz, Mark N. | Matter Last Billed: | 7/16/2008 |

### Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| 2135 | 1/22/2008 | 0.60 | $111.00 | 185.00 | B | Revised Memorandum of Law | 12056945 |
| 2135 | 1/23/2008 | 3.30 | $610.50 | 185.00 | B | Revised brief in support of motion to dismiss; revised Hall Affidavit | 12056983 |
| 2135 | 1/24/2008 | 1.80 | $333.00 | 185.00 | B | Revised brief | 12056991 |
| 2135 | 1/24/2008 | 0.40 | $74.00 | 185.00 | B | Drafted Notice of Motion; conferred by telephone with Chief regarding brief | 12056992 |
| 2135 | 1/25/2008 | 0.90 | $166.50 | 185.00 | B | Finalized brief; drafted letter to client | 12057043 |
| 2135 | 3/17/2008 | 1.50 | $277.50 | 185.00 | B | Reviewed papers submitted by plaintiff | 12100881 |
| 2135 | 3/18/2008 | 2.50 | $462.50 | 185.00 | B | Reviewed opposition papers; researched ECPA | 12102775 |
| 2135 | 3/19/2008 | 8.40 | $1,554.00 | 185.00 | B | Reviewed cases regarding supervisory liability; drafted reply brief; conferred by telephone with F. Allegretti regarding status | 12102933 |
| 2135 | 3/25/2008 | 0.60 | $111.00 | 185.00 | B | Revised brief | 12111094 |
| 2135 | 3/26/2008 | 0.60 | $111.00 | 185.00 | B | Revised memorandum of law | 12111142 |
| 2135 | 6/26/2008 | 0.70 | $129.50 | 185.00 | B | Reviewed decision; correspondence to client regarding decision | 12188891 |
| 2135 | 6/26/2008 | 0.20 | $37.00 | 185.00 | B | Conducted telephone conference with A. Marraccini regarding decision | 12188918 |
| 2135 | 7/2/2008 | 0.40 | $74.00 | 185.00 | P | Conducted telephone conference with F. Allegretti regarding status - possible attorneys fees motion | 12199967 |
| 2135 | 7/3/2008 | 0.20 | $37.00 | 185.00 | P | Conducted telephone conference with J. Dunn regarding status | 12199993 |
| 2135 | 7/3/2008 | 2.40 | $444.00 | 185.00 | P | Conducted legal research regarding standards in attorneys fees for prevailing defendants | 12200005 |
| 2135 | 7/7/2008 | 3.20 | $592.00 | 185.00 | P | Drafted letter to Court regarding request for attorneys fees and sanctions; checked cases regarding time to file motion | 12200018 |
| 2135 | 7/8/2008 | 0.50 | $92.50 | 185.00 | P | Revised letter to Court regarding fees | 12200021 |
| 2135 | 7/9/2008 | 0.20 | $37.00 | 185.00 | P | Conducted telephone conference with Court regarding scheduling of pre-motion conference; conducted telephone conference with J. Lovett regarding status | 12200043 |
| 2135 | 7/10/2008 | 0.30 | $55.50 | 185.00 | P | Conducted telephone conference with Lovett office regarding motion conference date; conducted telephone conference with Court; forwarded letter to Court regarding date | 12200052 |
| 2135 | 7/10/2008 | 0.90 | $166.50 | 185.00 | P | Conducted telephone conference with D. Pascal regarding status; reviewed papers to send to Pascale regarding motion; conducted telephone conference with F. Allegretti regarding status | 12200062 |
| 2135 | 7/29/2008 | 0.20 | $37.00 | 185.00 | P | Prepared for court conference | 12215333 |
| 2135 | 7/30/2008 | 3.20 | $592.00 | 185.00 | P | Traveled to and attended pre-motion conference in court | 12220499 |
| 8007 | 1/25/2008 | 1.10 | $203.50 | 185.00 | B | Revised MOL for Attorney Reinharz | 12055076 |
| 8161 | 7/8/2008 | 2.40 | $300.00 | 125.00 | P | Researched Individual Practices as compared to the F.R.C.P. | 12210329 |
| 8172 | 11/1/2007 | 0.20 | $37.00 | 185.00 | B | Reviewed Complaint | 11999400 |
| 8172 | 11/19/2007 | 4.00 | $740.00 | 185.00 | B | Traveled to and attended meeting with Chief Hall, A. Marraccini and D. Pascale regarding lawsuit; prepared memo to Attorney Reinharz regarding telephone recording system | 12010141 |
| 8172 | 11/26/2007 | 2.90 | $536.50 | 185.00 | B | Researched regarding motion to strike; consulted with Attorney Reinharz regarding motion to dismiss and strike | 12010193 |
| 8172 | 11/27/2007 | 1.00 | $185.00 | 185.00 | B | Researched for motion to dismiss complaint | 12016474 |
| 8172 | 11/29/2007 | 5.00 | $925.00 | 185.00 | B | Researched Omnibus Crime Control and Safe Streets Act and Fourth Amendment claims | 12016557 |
| 8172 | 11/30/2007 | 2.10 | $388.50 | 185.00 | B | Reviewed research and drafted letter to Judge Conner regarding preanswer motions | 12016679 |
| 8172 | 12/5/2007 | 0.10 | $18.50 | 185.00 | B | Consulted with Attorney Reinharz regarding grounds for motion to dismiss | 12022448 |

8/8/2008　　Case 7:07-cv-09617-WCC　　Document 22-5　　Filed 08/20/2008　　Page 4 of 6　　Report: TIME12
10:52 AM　　　　　　　　　　　　Bond, Schoeneck & King, PLLC　　　　　　　　　　　　　　Req'd By: settina
　　　　　　　　　　　　　　　　Client Detailed Time And Expense Report
　　　　　　　　　　　Date Range (Time): Beginning of Time to 8/8/2008  (Disb): Beginning of Time to 8/8/2008　　　　Currency: USD

| Client: | 060804 | wn of Harrison | | Bill Tkpr: | 2135 | Reinharz, Mark N. | Client Last Payment: | 7/16/2008 |
|---|---|---|---|---|---|---|---|---|
| Matter: | 171121 | Arce v. Town of Harrison | | Resp Tkpr: | 2135 | Reinharz, Mark N. | Matter Last Billed: | 7/16/2008 |

### Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| 8172 | 12/6/2007 | 1.90 | $351.50 | 185.00 | B | Reviewed and revised letter to Judge Conner regarding preanswer motions; researched for letter | 12022482 |
| 8172 | 12/17/2007 | 0.10 | $18.50 | 185.00 | B | Consulted with Attorney Reinharz regarding motion to dismiss based on standing | 12027995 |
| 8172 | 12/18/2007 | 0.10 | $18.50 | 185.00 | B | Consulted with Attorney Reinharz regarding malfunction | 12031218 |
| 8172 | 12/27/2007 | 0.50 | $92.50 | 185.00 | B | Consulted with Attorney Reinharz regarding possible standing against motion to dismiss; reviewed research regarding standing argument | 12035333 |
| 8172 | 1/4/2008 | 3.60 | $666.00 | 185.00 | B | Traveled to and attended promotion conference before Judge Conner | 12043356 |
| 8172 | 1/4/2008 | 0.70 | $129.50 | 185.00 | B | Telephone conferenced with Attorney Reinharz and D. Pascale regarding communications system | 12043357 |
| 8172 | 1/4/2008 | 0.10 | $18.50 | 185.00 | B | Consulted with Attorney Reinharz regarding standing defense | 12043361 |
| 8172 | 1/8/2008 | 0.10 | $18.50 | 185.00 | B | Consulted with Attorney Reinharz regarding motion to dismiss | 12043380 |
| 8172 | 1/9/2008 | 0.10 | $18.50 | 185.00 | B | Consulted with Attorney Reinharz regarding recording system | 12043428 |
| 8172 | 1/11/2008 | 4.30 | $795.50 | 185.00 | B | Drafted affidavit of D. Pascale in support of motion to dismiss | 12047955 |
| 8172 | 1/11/2008 | 0.60 | $111.00 | 185.00 | B | Reviewed and revised affidavit of D. Hall in support of motion to dismiss | 12047957 |
| 8172 | 1/16/2008 | 2.70 | $499.50 | 185.00 | B | Reviewed and revised D. Pascale affidavit in support of motion to dismiss; consulted with Attorney Reinharz regarding affidavit and motion to dismiss; reviewed and revised memorandum of law in support of motion to dismiss | 12048152 |
| 8172 | 1/17/2008 | 5.40 | $999.00 | 185.00 | B | Reviewed and revised memorandum of law in support of motion to dismiss; traveled to and attended meeting with D. Pascale regarding affidavit | 12051738 |
| 8172 | 1/21/2008 | 0.30 | $55.50 | 185.00 | B | Sent pictures of call station to Attorney Reinharz | 12051789 |
| 8172 | 1/22/2008 | 2.30 | $425.50 | 185.00 | B | Revised D. Pascale affidavit; reviewed pictures of front desk; reviewed Attorney Reinharz revisions to D. Pascale affidavit; sent e-mail to Attorney Reinharz regarding same; compiled exhibits; reviewed and revised affidavit for S. Malfitano; compiled | 12055306 |
| 8172 | 1/23/2008 | 0.20 | $37.00 | 185.00 | B | Reviewed e-mail from D. Pascale regarding affidavit; revised D. Pascale affidavit; sent e-mail to D. Pascale regarding revised affidavit | 12055354 |
| 8172 | 1/23/2008 | 0.30 | $55.50 | 185.00 | B | Reviewed and revised D. Hall's affidavit | 12055396 |
| 8172 | 1/24/2008 | 1.40 | $259.00 | 185.00 | B | Prepared exhibits to affidavits in support of motion to dismiss | 12055478 |
| 8172 | 1/24/2008 | 2.00 | $370.00 | 185.00 | B | Reviewed and revised memorandum of law in support of motion to dismiss | 12055532 |
| 8172 | 3/17/2008 | 0.10 | $18.50 | 185.00 | B | Consulted with Attorney Reinharz regarding opposition papers to defendant's motion to dismiss | 12105222 |
| 8172 | 3/19/2008 | 0.10 | $18.50 | 185.00 | B | Consulted with Attorney Reinharz regarding reply brief | 12105522 |
| 8172 | 3/25/2008 | 0.20 | $37.00 | 185.00 | B | Reviewed plaintiff's opposition to defendant's motion to dismiss; consulted with Attorney Reinharz regarding reply brief | 12107215 |
| 8172 | 3/26/2008 | 3.30 | $610.50 | 185.00 | B | Reviewed plaintiffs' papers in opposition to defendants' motion to dismiss or for summary judgment; reviewed and revised reply brief in support of same | 12109139 |
| 8172 | 6/2/2008 | 0.20 | $37.00 | 185.00 | B | Reviewed e-mail and complaint regarding "executive session" allegation; consulted with Attorney Reinharz regarding same | 12173536 |
| 8172 | 6/26/2008 | 0.40 | $74.00 | 185.00 | B | Reviewed and analyzed summary judgment motion decision | 12191163 |
| 8172 | 6/29/2008 | 0.10 | $18.50 | 185.00 | B | Reviewed news article regarding dismissal | 12191640 |
| 8172 | 7/7/2008 | 0.10 | $18.50 | 185.00 | P | Consulted with Attorney Reinharz and H. McHugh regarding motion for attorneys' fees | 12203415 |
| 8172 | 7/7/2008 | 0.30 | $55.50 | 185.00 | P | Reviewed and revised letter to Judge Conner regarding motion for attorneys' fees | 12203445 |

8/8/2008 Case 7:07-cv-09617-WCC Document 22-5 Filed 08/20/2008 Page 5 of 6 Report: TIME12
10:52 AM                    Bond, Schoeneck & King, PLLC                     Req'd By: settina
**Client Detailed Time And Expense Report**
Date Range (Time): Beginning of Time to 8/8/2008 (Disb): Beginning of Time to 8/8/2008       Currency: USD

| Client: | 060804 | wn of Harrison | | Bill Tkpr: | 2135 | Reinharz, Mark N. | Client Last Payment: | 7/16/2008 |
|---|---|---|---|---|---|---|---|---|
| Matter: | 171121 | Arce v. Town of Harrison | | Resp Tkpr: | 2135 | Reinharz, Mark N. | Matter Last Billed: | 7/16/2008 |

**Detailed Time Section (Matter)**

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| 8172 | 7/8/2008 | 0.20 | $37.00 | 185.00 | P | E-filed letter to Judge regarding motion for attorneys' fees | 12203462 |
| Time Total | | 137.00 | $25,201.00 | 183.95 | | | |

**Detailed Disbursements Section (Matter)**

| Tkpr | Date | Check | Disb Code | Amount | Status | Disbursement Description | Disb ID |
|---|---|---|---|---|---|---|---|
| | 10/1/2007 | 1094711 | 9849 | $11.68 | B | VENDOR: PACER SERVICE CENTER; INVOICE#: 1094711; DATE: 10/1/2007 | 2942567 |
| | 12/17/2007 | 243111591 | 9102 | $17.04 | B | VENDOR: FEDERAL EXPRESS COMPANY; INVOICE#: 243111591; DATE: 12/17/2007 | 2931274 |
| | 12/17/2007 | 243111591 | 9102 | $20.54 | B | VENDOR: FEDERAL EXPRESS COMPANY; INVOICE#: 243111591; DATE: 12/17/2007 | 2931275 |
| | 4/1/2008 | 1104303 | 9849 | $0.32 | P | VENDOR: PACER SERVICE CENTER; INVOICE#: 1104303; DATE: 4/1/2008 | 3029698 |
| | 4/1/2008 | 1104303 | 9849 | $0.80 | P | VENDOR: PACER SERVICE CENTER; INVOICE#: 1104303; DATE: 4/1/2008 | 3029847 |
| | 7/21/2008 | 282036543 | 9102 | $20.34 | P | VENDOR: FEDERAL EXPRESS COMPANY; INVOICE#: 282036543; DATE: 7/21/2008 | 3036049 |
| | 7/21/2008 | 282036543 | 9102 | $20.34 | P | VENDOR: FEDERAL EXPRESS COMPANY; INVOICE#: 282036543; DATE: 7/21/2008 | 3036050 |
| 2135 | 11/27/2007 | | 9700 | $1.00 | B | | 2920788 |
| 2135 | 12/26/2007 | | 9848 | $641.93 | B | | 2937801 |
| 2135 | 1/4/2008 | 1095635 | 9450 | $41.33 | B | VENDOR: REINHARZ, MARK N.; INVOICE#: 1095635; DATE: 1/4/2008 | 2949810 |
| 2135 | 1/9/2008 | | 9848 | $453.57 | B | | 2942180 |
| 2135 | 1/15/2008 | | 9848 | $28.34 | B | | 2944976 |
| 2135 | 1/16/2008 | | 9848 | $618.77 | B | | 2944977 |
| 2135 | 1/17/2008 | | 9848 | $323.25 | B | | 2944978 |
| 2135 | 1/17/2008 | 1095644 | 9450 | $30.30 | B | VENDOR: REINHARZ, MARK N.; INVOICE#: 1095644; DATE: 1/17/2008 | 2949813 |
| 2135 | 1/23/2008 | | 9848 | $132.90 | B | | 2946647 |
| 2135 | 1/24/2008 | | 9848 | $217.18 | B | | 2946648 |
| 2135 | 3/18/2008 | | 9848 | $190.44 | B | | 2972555 |
| 2135 | 3/19/2008 | | 9848 | $624.74 | B | | 2972556 |
| 2135 | 7/7/2008 | | 9848 | $100.60 | P | | 3029051 |
| 7018 | 11/14/2007 | | 9701 | $3.00 | B | | 2915679 |
| 7018 | 11/14/2007 | | 9702 | $0.00 | B | 19144288916; 1 Mins. | 2915680 |
| 7018 | 11/29/2007 | | 9701 | $3.00 | B | | 2922492 |
| 7018 | 11/29/2007 | | 9702 | $0.00 | B | 19144288916; 1 Mins. | 2922493 |
| 7018 | 12/7/2007 | | 9051 | $8.00 | B | | 2925685 |
| 7018 | 3/27/2008 | | 9051 | $9.75 | B | | 2974687 |
| 7018 | 3/28/2008 | | 9051 | $12.00 | B | | 2975613 |
| 7018 | 3/28/2008 | | 9051 | $0.75 | B | | 2975654 |
| 7084 | 7/8/2008 | | 9051 | $3.00 | P | | 3024717 |
| 7084 | 7/10/2008 | | 9701 | $2.00 | P | | 3026314 |

Bond, Schoeneck & King, PLLC

**Client Detailed Time And Expense Report**

Date Range (Time): Beginning of Time to 8/8/2008 (Disb): Beginning of Time to 8/8/2008

Req'd By: settina
Currency: USD

---

| Client: | 060804 | wn of Harrison | | | Bill Tkpr: | 2135 | Reinharz, Mark N. | Client Last Payment: | 7/16/2008 |
|---|---|---|---|---|---|---|---|---|---|
| Matter: | 171121 | Arce v. Town of Harrison | | | Resp Tkpr: | 2135 | Reinharz, Mark N. | Matter Last Billed: | 7/16/2008 |

**Detailed Disbursements Section (Matter)**

| Tkpr | Date | Check | Disb Code | Amount | Status | Disbursement Description | Disb ID |
|---|---|---|---|---|---|---|---|
| 8172 | 11/26/2007 | | 9850 | $95.14 | B | | 2923686 |
| 8172 | 11/30/2007 | | 9850 | $178.28 | B | | 2923687 |
| 8172 | 12/6/2007 | | 9850 | $64.38 | B | | 2926986 |
| 8172 | 1/17/2008 | | 9850 | $15.64 | B | | 2944471 |
| 8172 | 1/17/2008 | | 9848 | $77.40 | B | | 2944979 |
| 8172 | 3/26/2008 | | 9848 | $20.66 | B | | 2977032 |
| 8172 | 3/26/2008 | | 9850 | $5.71 | B | | 2977805 |
| **Disbursements Total** | | | | **$3,994.12** | | | |

**Working Timekeeper Summary Section (Matter)**

| | Timekeeper | | Hours | Amount | Rate |
|---|---|---|---|---|---|
| 2135 | Reinharz, Mark N. | | 86.50 | $16,002.50 | 185.00 |
| | | Member Total | 86.50 | $16,002.50 | 185.00 |
| 8007 | Wexler, Howard M. | | 1.10 | $203.50 | 185.00 |
| 8172 | Satriano, Jessica C. | | 47.00 | $8,695.00 | 185.00 |
| | | Associate Total | 48.10 | $8,898.50 | 185.00 |
| 8161 | McHugh, Hilary L. | | 2.40 | $300.00 | 125.00 |
| | | Summer law clerk Total | 2.40 | $300.00 | 125.00 |
| **Working Timekeeper Matter Summary Total** | | | **137.00** | **$25,201.00** | **183.95** |

**Disbursement Code Summary Section (Matter)**

| Code | Description | Amount |
|---|---|---|
| 9051 | Copy Charges | $33.50 |
| 9102 | Courier Service | $78.26 |
| 9450 | Travel Expense | $71.63 |
| 9700 | Fax Charges | $1.00 |
| 9701 | Fax Charges | $8.00 |
| 9848 | Westlaw | $3,429.78 |
| 9849 | Computerized Research | $12.80 |
| 9850 | Lexis | $359.15 |
| **Disbursement Code Summary Total** | | **$3,994.12** |

| Matter: | 171121 | Arce v. Town of Harrison | Fees | $25,201.00 |
|---|---|---|---|---|
| | | | Disb | $3,994.12 |
| | | | Total | $29,195.12 |

Client Summary For:    060804      Town of Harrison