CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

    LOVETT & GOULD, LLP
    222 Bloomingdale Road
    White Plains, New York 10605

                                                Mark N. Reinharz (6201)
                                                BOND, SCHOENECK & KING, PLLC
                                                *Attorneys for Defendants*
                                                1399 Franklin Avenue, Suite 200
                                                Garden City, New York 11530
                                                (516) 267-6320
                                                mreinharz@bsk.com